IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAILENEA STRONG; STEPHEN STRONG; *and* DAMIAN HORD,

        Plaintiffs,

    v.

TRACY STAFFORD; JEFF STAFFORD; *and* DOES 1–10,

        Defendants.

Case No. 6:26-cv-00606-MC

---

**ORDER**

MCSHANE, Judge:

Self-represented Plaintiff Shailenea Strong filed a Complaint on March 27, 2026.[1] ECF No. 1. On April 14, 2026, this Court screened Plaintiff's Complaint and found it subject to dismissal. ECF No. 4. This Court ordered Plaintiff to file an amended complaint correcting the deficiencies and warned that failure to do so within thirty (30) days would result in dismissal. 28 U.S.C. § 1915(e)(2)(B); *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991). Because Petitioner failed to do so, this action (ECF No.1) is DISMISSED.

IT IS SO ORDERED.

DATED this 5th day of June 2026.

                           _____ s/Michael J. McShane _____
                                 Michael McShane
                            United States District Judge

---

[1] Plaintiffs Stephen Strong and Damian Hord, who improperly sought to proceed *in forma pauperis*, failed to follow this Court's April 14, 2026 Order as well. Resultantly, they are dismissed as parties. See ECF No. 4.

1 – Order